PB 1.27.26

CEM: USAO# 2025R0666

USDC - BALTIMORE
'26 JAN 29 PM 2:37

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** RDB - 26 - 41 |
| **v.** | **(Sexual Exploitation of a Child, 18 U.S.C. § 2251(a), Coercion and Enticement, 18 U.S.C. § 2422 (b); Receipt of Child Pornography, 18 U.S.C. § 2252(a)(2); Possession of Child Pornography, 18 U.S.C. 2252A(a)(5)(B); Forfeiture, 18 U.S.C. §§ 2428(a) & 2253; 21 U.S.C. § 853(p); 28 U.S.C. § 2461(c))** |
| **MICHAEL JOSEPH PUSATERI,** | |
| **Defendant.** | |

## INDICTMENT

### COUNT ONE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges:

On or about July 15, 2025, in the District of Maryland, the defendant,

### MICHAEL JOSEPH PUSATERI

did knowingly attempt to and did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced and transmitted using materials that have been mailed, shipped or transported in or affecting interstate and foreign commerce by any means including a computer, and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce, that is, an image file titled "Image_3554.jpg" depicting Minor Victim's pubic area, said image file having been stored on a Samsung Galaxy S23, Model SM-S911U, IMEI

numbers 353524652824239 and 350669642824237, manufactured outside of the United States.

18 U.S.C. § 2251(a), (e)

## COUNTS TWO THROUGH FIVE
(Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

On or about the dates listed below, each being a separate count, in the District of Maryland, the defendant,

### MICHAEL JOSEPH PUSATERI,

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce  a minor who had not attained the age of 18, to engage in any sexual activity for which any person could be charged with a criminal offense, that is, on the dates listed below, **PUSATERI** sent text messages to persuade, induce, entice and coerce Minor Victim to engage in sexually explicit conduct on camera and to send **PUSATERI** the resulting images and videos, in violation of 18 U.S.C. §§ 2251(a) and 2252(a)(2), and Md. Code, Crim. Law § 11-207(a)(1), as follows:

| Count | Date |
|-------|------|
| 2 | April 27, 2025 |
| 3 | May 11, 2025 |
| 4 | July 15, 2025 |
| 5 | July 18, 2025 |

18 U.S.C. §§ 2422(b) and 2427

## COUNT SIX
(Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about July 11, 2025, in the District of Maryland, the defendant,

**MICHAEL JOSEPH PUSATERI,**

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which visual depiction involved the use of a minor engaged in sexually explicit conduct and which visual depiction was of such conduct: that is, **PUSATERI** used text messaging on his Samsung Galaxy S23, Model SM-S911U, IMEI numbers 353524652824239 and 350669642824237, manufactured outside of the United States, to receive an image file titled "Image_3387.jpg," depicting Minor Victim's genitals and pubic area.

18 U.S.C. § 2252(a)(2) and 2256

## COUNT SEVEN
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about August 6, 2025, in the District of Maryland, the defendant,

### MICHAEL JOSEPH PUSATERI,

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means and facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, a Samsung Galaxy S23, Model SM-S911U, IMEI numbers 353524652824239 and 350669642824237, manufactured outside of the United States, containing one or more visual depictions of a minor engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## **FORFEITURE ALLEGATION**

The Grand Jury for the District of Maryland further finds that:

1.     Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 2428(a) & 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction of any of the offenses charged in Counts One through Seven of this Indictment.

### **Sexual Exploitation of Children Forfeiture**

2.     Upon conviction of any of the offenses set forth in Counts One and Six through Seven of this Indictment, the defendant,

### **MICHAEL JOSEPH PUSATERI,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a.     any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

b.     any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.     any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### **Coercion and Enticement Forfeiture**

3.     Upon conviction of any of the offenses set forth in Counts Two through Five of this Indictment, the defendant,

### **MICHAEL JOSPEH PUSATERI,**

6

shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(a):

      a.     any interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

      b.     any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

### Property Subject to Forfeiture

5.    The property to be forfeited includes, but is not limited to, the following items seized from the defendant on or about August 6, 2025:  a Samsung Galaxy S23, Model SM-S911U, IMEI numbers 353524652824239 and 350669642824237

### Substitute Assets

6.    If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. §§ 2428(a) & 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

Date 1/29/26